UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| H.S. by VICKI MILES, her mother and natural guardian, ) ) ) | |
| Plaintiff ) ) | |
| vs. ) ) | CASE NO. 3:10-CV-270 RM |
| PENN HARRIS MADISON SCHOOL CORPORATION and ST. JOSEPH COUNTY POLICE DEPARTMENT, ) ) ) ) ) | |
| Defendants ) | |

OPINION AND ORDER

After the defendants removed this case to federal court, the plaintiffs filed an amended complaint, deleting the federal claim that was the basis for removal, and moved to remand the case to state court [Doc. No. 20]. The defendants, Penn Harris Madison School Corporation and St. Joseph County Police Department, have notified the court that they do not object to the plaintiff's motion.

Federal jurisdiction is properly determined at the time of removal and, as a general rule, nothing filed after removal affects the court's jurisdiction. In re Burlington Northern Santa Fe Ry. Co., 606 F.3d 379, 380-81 (7th Cir. 2010). The court could retain supplemental jurisdiction over the remaining state law claims, but believes the interests of justice would best be served by relinquishing jurisdiction over those claims. Wright v. Associated Ins. Cos. 29 F.3d 1244, 1251 (7th Cir. 1994)("when all federal claims are dismissed before trial, the district

court should relinquish jurisdiction over pendent sate-law claims rather than resolving them on the merits"); *see also* Davis v. Cook County, 534 F.3d 650, 654 (7th Cir. 2008).

Accordingly, the motion to remand [Doc. No. 20] is GRANTED.

SO ORDERED.

ENTERED:     October 12, 2010

                            /s/ Robert L. Miller, Jr.
                            Judge
                            United States  District Court